IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALMA SUMARAN, an individual,<br>PAMELA COLEMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GARDEN ESTATE APARTMENTS LLC,<br>a California Limited Liability Company,<br><br>Defendant. | Case No.: CV 15-2659-GW(SSx)<br><br>Assigned to Courtroom: 10<br>The Hon. George H. Wu<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE**<br><br>Action Commenced: 04/09/2015<br>Trial Date: 04/05/2016<br>Discovery Cut-Off: 12/08/2015<br>Law & Motion Cut-Off: 02/22/2016 |

Good cause appearing therefore, and in the interest of justice, the above-captioned action is dismissed with prejudice as to all causes of action in the Complaint. The Court shall retain jurisdiction solely to enforce terms of the settlement agreement and mutual release.

///

///

///

-1-

[PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE

1 **IT IS SO ORDERED:**

3  Dated: October 16, 2015

5  GEORGE H. WU,
6  U.S. DISTRICT JUDGE

[PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE